UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERTO DURAND,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NEVADA, STATE OF, *et al.*,<br><br>　　　　　　　　Defendants. | 3:19-cv-00365-MMD-CSD<br><br>**ORDER TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

　　　On November 29, 2021, Defendants filed their Motion for Summary Judgment (ECF No. 41) in this action. To date, Plaintiff has failed to oppose the motion.

　　　Plaintiff shall be given an additional **fifteen (15) days** from the date of this order within which to file a response to Defendants' Motion for Summary Judgment (ECF No. 41).

　　　**IT IS SO ORDERED.**
　　　DATED: March 9, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**